# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### Civil No. 17-5186 (DSD/KMM)

| | |
|---|---|
| Susan Jones,<br><br>                    Plaintiff,<br><br>v.<br><br>Synchrony Bank,<br><br>                    Defendant. | **ORDER GRANTING STIPULATION TO ARBITRATE CLAIMS AND STAY LAWSUIT** |

The Court has reviewed the Stipulation to Arbitrate Claims and Stay the Lawsuit (Dkt. No. 6) made by and between Plaintiff Susan Jones and Defendant Synchrony Bank.

**IT IS ORDERED** that the Stipulation is granted.  This action shall be stayed pending the completion of arbitration.


Dated: November 29, 2017                s/David S. Doty_____
                                        David S. Doty, Judge
                                        United States District Court